# Exhibit A

# CITATION
## (LONG ARM LSA R.S. 13:3201 et seq.)

MICHAEL ANTHONY COLAR JR                    23RD JUDICIAL DISTRICT COURT

VERSUS                    **PLEASE RETURN TO**                    PARISH OF ASCENSION
                          **CLERK OF COURT**

JAMES ALLEN POWELL JR et al                 STATE OF LOUISIANA

DOCKET NUMBER: 00137211A

TO:     **JAMES ALLEN POWELL JR**
        547 CLEARLAKE DRIVE
        WAXAHACHIE, TX.  75165

**YOU HAVE BEEN SUED.**

        Attached to this citation is a certified copy of the petition*.  The petition tells you what you are being sued for.

        You must EITHER do what the petition asks in accordance with LAS R.S. 13:3201 et seq. OR you must file an answer or other legal pleading within thirty (30) days in the office of the Clerk of this Court at the Courthouse Building in Donaldsonville or Gonzales, Louisiana.

        If you do not do what the petition asks, or if you do not file an answer or legal pleading, a judgment may be entered against you without further notice.

This service was ordered by Attorney LAMBERT, CHARLES S and was issued by the Clerk of Court on the 30TH day of MAY, 2023.

                                        _____
                                        Deputy Clerk of Court for
                                        Bridget Hanna, Clerk of Court

*Also attached are the following documents:

        **INTERROGATORIES (30 Days to Answer)**
        **REQUEST FOR:    *ADMISSION OF FACTS        *PRODUCTION OF DOCUMENTS**

*********************************************************************
LEGAL ASSISTANCE IS ADVISABLE AND YOU SHOULD CONTACT A LAWYER IMMEDIATELY.
COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE.
*********************************************************************

MICHAEL ANTHONY COLAR JR                    23RD JUDICIAL DISTRICT COURT

VERSUS                                      PARISH OF ASCENSION

JAMES ALLEN POWELL JR et al      I made service on the named party through the STATE OF LOUISIANA

                                    Office of the Secretary of State on

                                         **JUL 2 0 2023**                    PLEASE RETURN TO
DOCKET NUMBER: 00137211A                                                      CLERK OF COURT
                                    by tendering a copy of this document to:
SERVE: XL INSURANCE AMERICA INC THRU AGENT
       HONORABLE R KYLE ARDOIN, LOUISIANA SECRETARY OF STATE
       8585 ARCHIVES AVE                   BY
       BATON ROUGE, LA.  70809      Deputy Sheriff, Parish of East Baton Rouge, LA

PARISH OF EAST BATON ROUGE

     You are named as a defendant in the above captioned matter.  Attached
to this citation is a:

     **CERTIFIED COPY OF ORIGINAL PETITION**
     **INTERROGATORIES (30 Days to Answer)**
     **REQUEST FOR:   *ADMISSION OF FACTS      *PRODUCTION OF DOCUMENTS**

     You must either comply with the demand contained in the petition or
make an appearance either by filing an answer or other pleading in the 23rd
Judicial District Court located at 607 E. Worthey St., Gonzales within the
delay provided in Article 1001 of the Louisiana Code of Civil Procedure
under penalty of default.

     **Article 1001 of the Louisiana Code of Civil Procedure states:**

     A. A defendant shall file his answer within **twenty-one (21) days** after
service of Citation upon him, except as otherwise provided by law.

     If the plaintiff files and serves a Discovery Request with his
Petition, the defendant shall file his answer to the petition within
**thirty (30) days** after service of th amended petition.

     B. When an Exception is filed prior to Answer and is overruled or
referred to the merits, or is sustained and an Amendment of the
Petition ordered, the Answer shall be filed within **fifteen (15) days**
after the exception is overruled or referred to the merits, or
**fifteen (15) days** after service of the Amended Petition.

     C. The Court may grant additional time for answering.

     **Article 1151 of the Louisiana Code of Civil Procedure provides in**
     **pertinent part:**

     A defendant shall plead in response to an Amended Petition within the
time remaining for pleading to the Original Pleading or within **ten (10)**
**days** after service of the Amended Petition, whichever period is longer,
unless the time is extended under Article 1001.

     **THE CLERK OF COURT'S STAFF CANNOT PROVIDE LEGAL ADVICE**

This service was ordered by Attorney ALEXANDER, STEPHEN M and was
issued by the Clerk of Court on the 11TH day of JULY, 2023.

                              _J. Luu Gmm_
          _____
                         Deputy Clerk of Court for
                         Bridget Hanna, Clerk of Court

---

SHERIFF'S RETURN

RECEIVED

JUL 1 9 2023

E.B.R. SHERIFF'S OFFICE 0026

Ascension
Bridget Hanna
Rayna Bajole
Suit# C-137211 A
E-Filed on: 5/30/23 12:01 PM
Filed on: 5/30/23 01:16 PM
# of Pages:8

| | | |
|---|---|---|
| MICHAEL ANTHONY COLAR, JR. | NUMBER | DIVISION |
| VERSUS | 23RD JUDICIAL DISTRICT COURT | |
| JAMES ALLEN POWELL, JR., COAL CITY COB COMPANY, INC., and XL INSURANCE AMERICA, INC. | ASCENSION PARISH | |
| | STATE OF LOUISIANA | |

## PLAINTIFFS' REQUESTS FOR ADMISSIONS, INTERROGATORIES, AND REQUESTS FOR PRODUCTION TO DEFENDANTS

**TO THE FOLLOWING DEFENDANTS:**

1. JAMES ALLEN POWELL, JR.
2. COAL CITY COB COMPANY, INC.
3. XL INSURANCE AMERICA, INC.

Plaintiff, **MICHAEL ANTHONY COLAR, JR.**, pursuant to the provisions of the Louisiana Code of Civil Procedure, hereby serve upon Defendants, **JAMES ALLEN POWELL, JR., COAL CITY COB COMPANY, INC., and XL INSURANCE AMERICA, INC.**, the following written Requests for Admission, Interrogatories and Requests for Production, to be answered separately and in writing, under oath, within thirty (30) days after service of the petition upon you. You are further placed on notice that these Requests for Admission, Interrogatories, and Requests for Production are deemed continuing, requiring supplemental answers thereto in the event relevant information, which would require amendment or supplementation of the answers thereto in order that they would be properly and truthfully answered, is discovered, acquired by or becomes known to you.

PLEASE NOTE: Each interrogatory shall be answered separately and fully in writing under oath, unless it is objected to, in which event the reasons for the objection shall be stated in lieu of an answer. The answers are to be signed by the person making them.

### INSTRUCTIONS AND DEFINITIONS

As used herein:

A. "Documents" or "document" means and includes any written, printed, typed, recorded, or graphic matter, however produced or reproduced, including correspondence, telegrams, other written communications, data processing storage units (including tapes, memory cores, discs, cards, or other data compilations from which information can be obtained and translated into reasonably usable form), tapes, contracts, agreements, notes, memoranda, analyses, evaluations, inspection reports, investigations, projections, studies, indices, work papers, surveys, diaries, calendars, films, photographs, minutes of meetings, or any other writings (including copies of any of the foregoing, regardless of whether you are in possession, custody, or control of the original), now or formerly in your possession, custody, or control or that of your counsel, agents, employees, or any other persons acting in your behalf.

B. If you withhold any answer and/or response covered by these interrogatories and requests for production, please state the basis upon which the answer and/or response is being withheld and all factual information other than the information subject to the privilege. In addition, if you withhold any document covered by these requests, please furnish a description of each document being withheld, completely identifying the document(s) by author, addressee, all recipients, subject matter, date, and custodian, together with the basis upon which the requested document is being withheld and the paragraphs of this request to which any such documents respond.

C. These Requests for Admission, Interrogatories, and Requests for Production Requests for Admission, Interrogatories, and Requests for Production shall be deemed continuing and require further and supplemental answers by you as you obtain additional information after the time of the initial response.

Ascension
Bridget Hanna
Rayna Bajoie
Suit# C-137211 A
E-Filed on: 5/30/23 12:01 PM
Filed on: 5/30/23 01:16 PM
# of Pages:8

**REQUESTS FOR ADMISSION**

**REQUEST FOR ADMISSION NUMBER 1:**
Do you admit or deny that **JAMES ALLEN POWELL, JR.** (**"POWELL"**) was the operator of a 2015 Peterbilt tractor owned by **COAL CITY COB COMPANY, INC.** (**"COAL CITY"**), on **June 17, 2022**, in Gonzales, Ascension Parish, State of Louisiana?

**REQUEST FOR ADMISSION NUMBER 2:**
Do you admit or deny that the operation of the 2015 Peterbilt tractor by **POWELL** on **June 17, 2022** was insured by **XL INSURANCE AMERICA, INC.?**

**REQUEST FOR ADMISSION NUMBER 3:**
Do you admit or deny that **POWELL** was involved in a motor vehicle collision on **June 17, 2022**, with a vehicle driven by **MICHAEL ANTHONY COLAR, JR.** (**"COLAR"** or **"Plaintiff(s)"**) on LA Hwy 44 (S. Burnside Avenue) near the intersection with W. Edna Drive in Gonzales, Ascension Parish, State of Louisiana?

**REQUEST FOR ADMISSION NUMBER 4:**
Do you admit or deny that the vehicle operated by **POWELL** ran into the vehicle driven by **COLAR** on LA Hwy 44 in Gonzales, Ascension Parish, State of Louisiana, on **June 17, 2022**, when **POWELL** changed lanes while attempting to turn right?

**REQUEST FOR ADMISSION NUMBER 5:**
Do you admit or deny that the vehicle driven by **COLAR** was in the right travel lane on LA Hwy 44 to the right of **POWELL** when **POWELL** changed lanes while attempting to turn right from the left travel lane of LA Hwy 44 in in Gonzales, Ascension Parish, State of Louisiana, on **June 17, 2022?**

**REQUEST FOR ADMISSION NUMBER 6:**
Do you admit or deny that **POWELL** was at fault for the motor vehicle collision on **June 17, 2022**, with the vehicle driven by **COLAR** on LA Hwy 44 in Gonzales, Ascension Parish, State of Louisiana?

**REQUEST FOR ADMISSION NUMBER 7:**
Do you admit or deny that **POWELL** was in the course and scope of her employment with **COAL CITY** on **June 17, 2022**, at the time of the motor vehicle collision with the vehicle driven by **COLAR** on LA Hwy 44 in Gonzales, Ascension Parish, State of Louisiana?

**REQUEST FOR ADMISSION NUMBER 8:**
Do you admit or deny that **POWELL** was on an errand and/or mission for **COAL CITY** on **June 17, 2022**, at the time of the motor vehicle collision with the vehicle driven by **COLAR** on LA Hwy 44 in Gonzales, Ascension Parish, State of Louisiana?

**These Requests For Admissions shall be deemed continuing and require further and supplemental answers by you as you obtain additional information after the time of the initial response.**

**INTERROGATORIES**

**INTERROGATORY NO. 1:**
Please state the full name, date of birth, place of birth, social security number, current residence address, phone number, and current business and/or work address of each and every person providing and/or giving information used in the preparation of responses to these Interrogatories and Requests for Production, except as to the attorney for defendants.

**INTERROGATORY NO. 2:**
If you or any representative on your behalf has conducted any investigation of the facts or circumstances surrounding the incident forming the basis of this lawsuit, please state:
    A.    The name, address and title of the person who conducted such investigation;
    B.    The date when such investigation was conducted;

Ascension
Bridget Hanna
Rayna Bajoie
Suit# C-137211 A
E-Filed on: 5/30/23 12:01 PM
Filed on: 5/30/23 01:16 PM
# of Pages:8

C.    The name and address of each and every person who gave a statement, the date such statement was given and whether such statement was signed;

D.    What each person said in such statement(s), including the name of each person who made each such statement; and

E.    The name and address of the person who has possession and custody of such statement(s) at the present time.

**INTERROGATORY NO. 3:**

Please state the names and addresses of all individuals known to you or your attorneys who are eye-witnesses to, and/or who have personal knowledge of, the incident giving rise to this suit. For each such person, please provide a brief summary of facts to which each could testify and please state the following:

A.    Whether each such person is affiliated with, or related to, or employed by any party (or its agents, servants, officers, or employees) to this suit; and

B.    If any of the persons so listed in response to this interrogatory do not fit the characterization in subpart A. above, please describe the nature of their involvement in this suit.

**INTERROGATORY NO. 4:**

Please state the names and addresses of all individuals known to you or your attorneys who are not eye-witnesses to, and/or who do not have personal knowledge of, the incident giving rise to this suit, but who you have reason to believe have knowledge of the site of the incident as it existed at the time of the incident, the events leading up to and/or occurring after the incident, and provide a brief summary of the facts to which each person could testify. For each such person, please state the following:

A.    Whether each such person is affiliated with, or related to, or employed by any party (or its agents, servants, officers, or employees) to this suit; and

B.    If any of the persons so listed in response to this interrogatory do not fit the characterization in subpart A. above, please describe the nature of their involvement in this suit.

**INTERROGATORY NO. 5:**

Please state whether any of the individuals listed in the answers to Interrogatories NOS. 3 and 4 have given statements and if so, please state the name and address of the individual giving the statement, and the name and address of the individual to whom the statement was given, and whether or not the statement was written or recorded, and if it were written or recorded, the name and address of the individual presently in possession of it.

**INTERROGATORY NO. 6:**

Please state the names and addresses of all persons whom you intend to call or may call as witnesses at the trial of this matter, including expert witnesses. Please also state the subject matter on which each witness is expected to testify and the substance of the facts to which each witness is expected to testify. If any of the witnesses listed in your answer to this Interrogatory are experts, please: (a) state all opinions to rendered by your experts, (b) state all facts relied upon to reach any opinion rendered by your experts, (c) state the calculations (if any) used to reach any opinion rendered by your experts, (d) produce a copy of any report rendered by your experts, and (e) produce a copy of the entire file of your experts including, but not limited to, all correspondence between the experts and anyone (including defendant and defendant's attorney), notes from corrections, calculations, working diagrams, photographs, videotapes, charts, *etc.* **If there are any contents of the expert's file that you refuse to produce or claim to subject to any privilege, please specifically identify them with particularity.**

**INTERROGATORY NO. 7:**

Please state the names and addresses of all experts who have been retained or specially employed in anticipation of litigation or preparation for trial and whom you do not expect to call as witnesses at the trial of this case.

**INTERROGATORY NO. 8:**

Please list each exhibit which you will attempt or may attempt to introduce as evidence at the trial of this case, or which has been used or referred to by an expert witness on your behalf.

Ascension
Bridget Hanna
Rayna Bajoie
Suit# C-137211 A
E-Filed on: 5/30/23 12:01 PM
Filed on: 5/30/23 01:16 PM
# of Pages:8

**INTERROGATORY NO. 9:**
Please state the names, addresses, and phone numbers of all persons, entities, and/or insurance companies (stating the policy limits of bodily injury liability coverage) who may be responsible for the liability and/or fault of defendants with respect to the claims made by **Plaintiff(s)** in the Petition for Damages filed in this matter. If you believe that any responses covered by this interrogatory are protected by a privilege, please respond in accordance with paragraph B. of the Instructions and Definitions which is contained herein.

**INTERROGATORY NO. 10:**
Please state all persons and/or entities whose fault may have caused and/or contributed to **Plaintiff(s)'** injuries and damages. As to each such person and/or entity, please state the facts known to you which cause you to believe and/or suspect that such person's and/or entity's fault caused and/or contributed to said injuries and/or damages.

**INTERROGATORY NO. 11:**
Do you think that any of the defendants contributed, in any way, to the injuries and/or damages of **Plaintiff(s)**? If your answer is yes, please state all facts and/or reasons supporting your belief that the defendants contributed, in any way, to the injuries and/or damages of **Plaintiff(s)**.

**INTERROGATORY NO. 12:**
Please identify the name and address of the owner of the 2015 Peterbilt tractor operated by **POWELL** that was involved in the subject collision of **June 17, 2022.**

**INTERROGATORY NO. 13:**
Please state if the vehicle operated by **POWELL**, that was involved in the subject collision of **June 17, 2022**, was equipped with a device or on-board computer that holds Electronically Stored Information ("ESI"), including a global positioning device, vehicle onboard radar system, employer tracking system, or any other device that contains data that may be retrieved to indicate the speed, distance, location, elapsed trip time, G force, miles driven, rates of acceleration and braking, or other information relevant to this collision; and, if so, identify the device or computer and the type of data that was recorded or transmitted.

**INTERROGATORY NO. 14:**
Please state whether or not **POWELL** was in the course and scope of employment with an employer or company at the time of the subject collision with the vehicle driven by **COLAR** on LA Hwy 44 in Gonzales, Ascension Parish, State of Louisiana; and if so, please identify that employer or company and state what task or activity **POWELL** was performing for that employer or company at the time of the subject collision.

**INTERROGATORY NO. 15:**
Please state whether or not **POWELL** was on an errand and/or mission with an employer or company at the time of the subject collision with the vehicle driven by **COLAR** on LA Hwy 44 in Gonzales, Ascension Parish, State of Louisiana; and if so, please identify that employer or company and state what errand and/or mission **POWELL** was performing for that employer or company, at the time of the subject collision

**INTERROGATORY NO. 16:**
Please identify any and all photographs, video recordings, surveillance tapes, or recordings of any kind, which depict, show, or relate to **Plaintiff(s)**, which you have in your possession or whose existence you know of, including as part of your list, the name, address, and phone number of the custodian of this information.

**INTERROGATORY NO. 17:**
Please state whether you, your client, or any agent/representative of you or your client have conducted or attempted to conduct any surveillance on **Plaintiff(s)** on or since the date of the collision made the basis of this lawsuit. This request includes but not limited to any videotapes, audiotapes, photographs, and/or visual surveillance. If the answer is in the affirmative, please list the name, address, and phone numbers of the persons(s) and/or entity(s) conducting or attempting to conduct the surveillance, the date(s) the surveillance was conducted or attempted to be conducted, and the name, address, and phone number of the custodian of this information.

Ascension
Bridget Hanna
Rayna Bajoie
Suit# C-137211 A
E-Filed on: 5/30/23 12:01 PM
Filed on: 5/30/23 01:16 PM
# of Pages:8

**INTERROGATORY NO. 18:**
Please state whether you claim if Plaintiff has incurred any unnecessary medical treatment or incurred excessive medical expenses; if so, please state what medical treatment you claim was unnecessary and/or identify the cost of medical treatment that you claim was excessive.

**These interrogatories shall be deemed continuing and require further and supplemental answers by you as you obtain additional information after the time of the initial response.**

## REQUEST FOR PRODUCTION OF DOCUMENTS

**REQUEST FOR PRODUCTION NO. 1:**
Please attach copies of each statement you have obtained regarding the subject collision, including those listed in your answer to Interrogatory NO. 5 above. If you believe that any responses covered by this request for production are protected by a privilege, please respond in accordance with paragraph B. of the Instructions and Definitions contained herein.

**REQUEST FOR PRODUCTION NO. 2:**
Please attach copies of each exhibit which you will attempt or may attempt to introduce as evidence at the trial of this case, or which has been used or referred to by an expert witness on your behalf, including those listed in your answer to Interrogatory NOS. 6 and 8 above. If you believe that any responses covered by this request for production are protected by a privilege, please respond in accordance with paragraph B. of the Instructions and Definitions contained herein.

**REQUEST FOR PRODUCTION NO. 3:**
Please produce a copy of any and all films, videos, photographs, diagrams, drawings, or other representations of the area where the vehicular collision occurred which is the subject of this lawsuit, all as more particularly described in the Petition for Damages filed herein. If you believe that any responses covered by this request for production are protected by a privilege, please respond in accordance with paragraph B. of the Instructions and Definitions contained herein.

**REQUEST FOR PRODUCTION NO. 4:**
Please produce all communications and/or correspondence that have been created, generated, sent, and/or received by you and/or an agent of you, and/or any third party which concern and/or relate to the facts of this suit and/or the handling of **Plaintiff(s)'** claims. If you believe that any responses covered by this request for production are protected by a privilege, please respond in accordance with paragraph B. of the Instructions and Definitions contained herein.

**REQUEST FOR PRODUCTION NO. 5:**
Please produce any and all incident reports of, concerning, and/or related to the vehicular collision, which is the subject of this lawsuit, all as more particularly described in the Petition for Damages filed herein.

**REQUEST FOR PRODUCTION NO. 6:**
Please produce any and all pictures and/or recordings, whether video and/or audio, of the vehicular collision that occurred which is the subject of this lawsuit, all as more particularly described in the Petition for Damages filed herein. Also, please produce any and all statements of **Plaintiff(s)** concerning the vehicular collision. If you believe that any responses covered by this request for production are protected by a privilege, please respond in accordance with paragraph B. of the Instructions and Definitions contained herein.

**REQUEST FOR PRODUCTION NO. 7:**
Please produce a certified copy of any and all liability and/or umbrella policies (including declarations page) of insurance issued to, by, or in favor of your insured driver and the vehicle operated by your insured driver, whether it be personal, business, or commercial liability insurer, providing primary, excess, uninsured/underinsured motorist, or umbrella coverage, or certificate of self-insurance, insuring or arguably insuring any **Plaintiff(s)** herein and/or any defendant for damages arising from the collision as more particularly described in the Petition for Damages filed herein, which were in full force and effect on the date of the collision sued upon herein.

Ascension
Bridget Hanna
Rayna Bajoie
Suit# C-137211 A
E-Filed on: 5/30/23 12:01 PM
Filed on: 5/30/23 01:16 PM
# of Pages:8

**REQUEST FOR PRODUCTION NO. 8:**
Please produce any and all documents which explain, describe, and/or state the relationship between you and those persons and/or entities that are listed in response to Interrogatory NO. 9, above. If you believe that any responses covered by this request for production are protected by a privilege, please respond in accordance with paragraph B. of the Instructions and Definitions contained herein.

**REQUEST FOR PRODUCTION NO. 9:**
Please produce any and all correspondence between you and any third party concerning the collision which is the subject of this lawsuit, all as more particularly described in the Petition for Damages filed herein.

**REQUEST FOR PRODUCTION NO. 10:**
Please identify and produce any and all photographs, video recordings, surveillance tapes, or recordings of any kind, which depict, show, or relate to any **Plaintiff(s)**, which you have in your possession or whose existence you know of including as part of your list, the name, address, and phone number of the custodian of this information.

**REQUEST FOR PRODUCTION NO. 11:**
Please produce any and all records from any device, such as an Event Data Recorder ("EDR") or on-board computer installed on the vehicle operated by **POWELL**, which was involved in the subject collision of **June 17, 2022**, that holds Electronically Stored Information ("ESI") including a global positioning device, vehicle onboard radar system, employer tracking system, or any other device that contains data that may be retrieved to indicate the speed, distance, location, elapsed trip time, G force, miles driven, rates of acceleration and braking, or other information relevant to the subject collision of **June 17, 2022**.

**REQUEST FOR PRODUCTION NO. 12:**
Please produce any and all documents from the owner of the vehicle operated by **POWELL**, which was involved in the subject collision of **June 17, 2022**, establishing driver safety programs or policies related to the operation of vehicles in effect at the time of the subject collision of **June 17, 2022**.

**REQUEST FOR PRODUCTION NO. 13:**
Please produce the following documents and items of **POWELL**:
A. Employment file:
B. Personnel file;
C. Record of required driving test;
D. Record of required written test;
E. Driver's Qualification File;
F. Driving Records;
G. Payroll records;
H. Log books for the day before and the day of the subject collision of **June 17, 2022**;
I. Incident or accident reports regarding the subject collision on or around **June 17, 2022**;
J. Investigative reports or review of the subject collision on or around **June 17, 2022**;
K. Disciplinary actions, including those actions that relate to the subject collision on or around **June 17, 2022**; and
L. Records of all prior motor vehicle accidents of **POWELL**.

**REQUEST FOR PRODUCTION NO. 14:**
Please provide all documents, emails and faxes from any meetings or discussions with **POWELL** regarding her operation of vehicle involved in the subject collision of **June 17, 2022**.

**REQUEST FOR PRODUCTION NO. 15:**
Please provide results of all blood, urine, hair or any other test of **POWELL** for intoxicating or other illicit substances regarding her operation of vehicle involved in subject collision of **June 17, 2022**.

Ascension
Bridget Hanna
Rayna Bajoie
Suit# C-137211 A
E-Filed on: 5/30/23 12:01 PM
Filed on: 5/30/23 01:16 PM
# of Pages:8

**REQUEST FOR PRODUCTION NO. 16:**
Please produce all repair invoices, estimates, valuations, etc., regarding the vehicles involved in the subject collision of **June 17, 2022.**

**REQUEST FOR PRODUCTION NO. 17:**
Please produce any and all documents related to advances, tenders, settlements or any other payment made to any person, including **Plaintiff,** by any Defendant related to the subject collision of **June 17, 2022,** including payments to repair property damage arising from the collision.

**REQUEST FOR PRODUCTION NO. 18:**
Please produce a copy of all reports prepared by expert witness as well as any document used or referred to by the expert in the report, a copy of the expert's curriculum vitae, a copy of all payments made to each expert, and a schedule of fees to be paid to each expert regarding this matter.

**REQUEST FOR PRODUCTION NO. 19:**
If you claim that **Plaintiff(s)** has incurred unnecessary medical treatment or incurred excessive medical expenses, please produce any and all documents that support this position.

**REQUEST FOR PRODUCTION NO. 20:**
Produce copies of any document received by Defendants pursuant to subpoena, authorization, or otherwise, pertaining to **Plaintiff(s)'** case. **PLEASE NOTE THAT THERE DUTY TO SUPPLEMENT THESE RESPONSES AND THIS DUTY IS CONTINUING.**

**These requests for production shall be deemed continuing and require further and supplemental answers by you as you obtain additional information after the time of the initial response.**

Respectfully submitted,

_____
Stephen M. Alexander (LSBA #29066)
**Alexander Law Group, LLC**
8550 United Plaza Boulevard, Suite 702
Baton Rouge, LA 70809
P.O. Box 41860
Baton Rouge, LA 70835
225-922-4488 (Office)
888-670-7025 (Fax)
225-229-4512 (Mobile)
E-mail: stephen@alexander.com
AND

_____
Charles S. Lambert, Jr. (LSBA# 21685)
**LAW OFFICES OF CHARLES S. LAMBERT, JR., LLC**
10537 Kentshire Court, Suite A
Baton Rouge, Louisiana 70810
Phone: (225) 367-1073
Fax: (225) 304-5732
Mobile: (225) 405-0660
E-mail: Lambert.Chip@Outlook.com

**ATTORNEYS FOR PLAINTIFF, MICHAEL ANTHONY COLAR, JR.**

Ascension
Bridget Hanna
Rayna Bajoie
Suit# C-137211 A
E-Filed on: 5/30/23 12:01 PM
Filed on: 5/30/23 01:16 PM
# of Pages:8

# SERVICE INSTRUCTIONS

**PLEASE SERVE THIS DISCOVERY <u>WITH</u> THE CITATION AND SERVICE OF THE PETITION FOR DAMAGES TO THE FOLLOWING DEFENDANT(S):**

    1.    **XL INSURANCE AMERICA, INC.,**
        through its agent for service of process:
            Honorable R. Kyle Ardoin
            Louisiana Secretary of State
            8585 Archives Ave.
            Baton Rouge, LA 70809
            **East Baton Rouge Parish**

**THE DISCOVERY WILL BE SERVED <u>WITH</u> THE CITATION AND SERVICE OF THE PETITION FOR DAMAGES FOR DAMAGES ON THE FOLLOWING DEFENDANT(S) IN ACCORDANCE WITH THE <u>LOUISIANA LONG ARM STATUTE</u>, LA. R.S. 13:3201, *ET SEQ.*, AS SET FORTH BELOW:**

    2.    **JAMES ALLEN POWELL JR.**
        547 Clearlake Drive
        Waxahachie, TX 75165
        **Ellis County**

    3.    **COAL CITY COB COMPANY, INC.,**
        through its registered agent:
            Alan Goldstein
            2480 E. Stellon Street
            Coal City, IL 60416
            **Grundy County**

MICHAEL ANTHONY COLAR, JR.          NUMBER 137,211          DIVISION A

VERSUS                               23RD JUDICIAL DISTRICT COURT

JAMES ALLEN POWELL, JR.,             ASCENSION PARISH
COAL CITY COB COMPANY, INC., and
XL INSURANCE AMERICA, INC.           STATE OF LOUISIANA

---

## MOTION AND ORDER TO FILE
## AMENDED PETITION FOR DAMAGES AND JURY DEMAND

---

NOW COME, Plaintiff, **MICHAEL ANTHONY COLAR, JR.**, through undersigned counsel, who seeks to file the attached Amended Petition For Damages and Jury Demand in the record of this matter under La. C.C.P. Art. 1151. In the attached Amended Petition For Damages and Jury Demand, Plaintiff, **MICHAEL ANTHONY COLAR, JR.**, seeks to amend the Petition to add **ATLANTIC SPECIALTY INSURANCE COMPANY** as a Defendant, which is the bobtail/non-trucking insurer of Defendants, **JAMES ALLEN POWELL, JR.**, and **COAL CITY COB COMPANY, INC.** Under La. C.C.P. Art. 1151, a plaintiff may amend her/his petition without leave of court at any time before the answer thereto is served. No answer to the original Petition has been filed in this matter by any defendant. Accordingly, Plaintiff, **MICHAEL ANTHONY COLAR, JR.**, seeks to file the attached Amended Petition For Damages and Jury Demand to add **ATLANTIC SPECIALTY INSURANCE COMPANY** as a Defendant.

### ORDER

Considering the Motion To File Amended Petition For Damages and Jury Demand submitted by Plaintiff, **MICHAEL ANTHONY COLAR, JR.**:

**IT IS HEREBY ORDERED** that the Motion To File Amended Petition For Damages and Jury Demand submitted by Plaintiff, **MICHAEL ANTHONY COLAR, JR.**, is **GRANTED**; and the attached Amended Petition For Damages and Jury Demand of Plaintiff, **MICHAEL ANTHONY COLAR, JR.**, is hereby **FILED** as part of the record of this proceeding.

Gonzales, Louisiana, this **28** day of **November**, 2023.

_____
**JUDGE JASON M. VERDIGETS**
**23RD JUDICIAL DISTRICT COURT**

1

Respectfully submitted,

_____
Stephen M. Alexander (LSBA #29066)
**ALEXANDER LAW GROUP, LLC**
8550 United Plaza Boulevard, Suite 702
Baton Rouge, LA 70809
P.O. Box 41860
Baton Rouge, LA  70835
225-922-4488 (Office)
888-670-7025 (Fax)
225-229-4512 (Mobile)
E-mail: stephen@alexander.com

**AND**

_____
Charles S. Lambert, Jr. (LSBA # 21685)
**LAW OFFICES OF CHARLES S. LAMBERT, JR., LLC**
10537 Kentshire Court, Suite A
Baton Rouge, Louisiana 70810
Phone:  (225) 769-1414
Fax: (225) 769-2300
Mobile : (225) 405-0660
E-mail: Lambert.Chip@Outlook.com

**ATTORNEYS FOR PLAINTIFF, MICHAEL ANTHONY COLAR, JR.**

Ascension
Bridget Hanna
Rayna Bajole
Suit# C-137211 A
E-Filed on: 5/30/23 12:01 PM
Filed on: 5/30/23 01:16 PM
# of Pages:6

| | |
|---|---|
| MICHAEL ANTHONY COLAR, JR. | NUMBER _13721_ DIVISION |
| VERSUS | 23RD JUDICIAL DISTRICT COURT |
| JAMES ALLEN POWELL, JR.,<br>COAL CITY COB COMPANY, INC., and<br>XL INSURANCE AMERICA, INC. | ASCENSION PARISH<br><br>STATE OF LOUISIANA |

# DIVISION A

## PETITION FOR DAMAGES AND JURY DEMAND

The petition of **MICHAEL ANTHONY COLAR, JR.**, represents, as follows:

1.

Petitioner here is **MICHAEL ANTHONY COLAR, JR.** ("Petitioner" or "**COLAR**"), a person of the full age of majority who is a resident and domiciliary of Ascension Parish, Louisiana.

2.

Defendants herein are:

A.  **JAMES ALLEN POWELL, JR.** ("**POWELL**"), a person of the full age of majority who is a resident of Louisiana and is domiciled in Ellis County at 547 Clearlake Drive, Waxahachie, TX 75165;

B.  **COAL CITY COB COMPANY, INC.** ("**COAL CITY**"), an Illinois corporation doing business in the State of Louisiana, which may be served through its registered agent in Grundy County: Alan Goldstein, 2480 E. Stellon Street, Coal City, IL 60416; and

C.  **XL INSURANCE AMERICA, INC.** ("**XL INSURANCE**") is a Delaware insurance company authorized to and doing business in Louisiana, which may be served through its agent of service in East Baton Rouge Parish: Honorable R. Kyle Ardoin, Louisiana Secretary of State, 8585 Archives Ave., Baton Rouge, LA 70809; **XL INSURANCE** is being sued as the liability insurer of Defendants, **POWELL** and **COAL CITY**.

3.

The above-named Defendants are justly and truly indebted, jointly and *in solido*, unto the Petitioner **COLAR** for damages, injuries, and losses sustained in the motor vehicle collision caused by the negligence and/or fault by Defendant **POWELL**, as more fully described herein, together with legal interest from the date of judicial demand, costs of these proceedings, and other general and equitable relief described herein for the following reasons.

4.

Jurisdiction and venue are proper in Ascension Parish under:

A.  La. CCP Art. 74 as the subject motor vehicle collision (the wrongful conduct) occurred in Ascension Parish and the damages to Petitioner **COLAR** from the wrongful conduct of Defendant **POWELL** were sustained in Ascension Parish; and

B.  La. CCP Art. 73 as all Defendants are joint and solidary obligors with Defendant **POWELL**.

**Ascension**
**Bridget Hanna**
**Rayna Bajoie**
Suit# C-137211 A
E-Filed on: 5/30/23 12:01 PM
Filed on: 5/30/23 01:16 PM
# of Pages:6

5.

On June 17, 2022, there was a collision of two (2) vehicles on LA Hwy 44 (S. Burnside Avenue) near the intersection with W. Edna Drive in Gonzales, Ascension Parish, State of Louisiana. The collision involved a 2015 Peterbilt tractor driven by Defendant **POWELL**, that was owned by Defendant **COAL CITY**, and a 2017 Ford Mustang driven by Petitioner **COLAR**. At about the same time, and same place, **POWELL** and **COLAR** were both traveling South on LA Hwy 44 with **POWELL** in the left travel lane and **COLAR** in the right travel lane when suddenly, negligently, and without warning **POWELL** attempted to turn right from the left lane across the right lane already occupied by **COLAR**; **POWELL** crashed the front, right corner of the 2015 Peterbilt tractor into the front, left corner of the 2017 Ford Mustang driven by **COLAR**, causing the subject collision and damage to the front, left corner of the 2017 Ford Mustang driven by **COLAR**. The investigating officer determined **POWELL** was at fault for the subject collision as a result of his traffic law violations, namely improperly turning and inattentive condition. The investigating officer found **COLAR** violated no traffic laws regarding the subject collision.

6.

The subject collision and resulting injuries and damages of Petitioner **COLAR** was caused solely and proximately by the negligence and/or fault of Defendant **POWELL**, said negligence and/or fault consisting of, but not limited to, the following:

A. Improper turning;

B. Careless operation;

C. Being inattentive and/or distracted while driving;

D. Failure to see what he should have seen and if seen, in failing to heed;

E. Failure to exercise reasonable care;

F. Failure to act as a reasonable person under the same or similar circumstances;

G. Failing to keep a proper lookout;

H. Failure to maintain proper control of his vehicle;

I. Failure to take sufficient measures to prevent the subject collision; and

J. Failure to observe and obey federal, state and parish traffic laws, regulations, and ordinances governing the operation of motor vehicles.

7.

The subject collision was not caused or contributed to by any act or omission on the part of Petitioner **COLAR**.

Ascension
Bridget Hanna
Rayna Bajoie
Suit# C-137211 A
E-Filed on: 5/30/23 12:01 PM
Filed on: 5/30/23 01:16 PM
# of Pages:6

8.

Petitioner **COLAR** sustained physical and mental injuries as a direct consequence of the subject collision, including, but not limited to, bodily injuries, headaches, general soreness to the body as a whole, pain in the neck, pain in the back, cervical injuries, thoracic injuries, lumbar injuries, ligament injuries, muscle injuries, and spinal injuries.

9.

Petitioner **COLAR** is entitled to recover damages for the following:

A.    Past, present and future physical pain and suffering, and inconvenience;

B.    Past, present and future mental pain and suffering, anxiety and embarrassment;

C.    Past, present, and future doctor, hospital, physical therapy, mental therapy, and medical care provider expenses;

D.    Past, present and future cost of rehabilitation;

E.    Past, present and future functional and anatomical disability;

F.    Past, present and future loss of enjoyment of life;

G.    Loss of consortium, affection, service, and society;

I.    Inability to engage in and enjoy personal, social and recreational activities; and

J.    Past, present and future lost earnings and lost earning capacity.

10.

Petitioner **COLAR** has incurred and will continue to incur significant medical expenses to diagnose and treat the injuries sustained as a direct consequence of the subject collision caused by Defendant **POWELL**.

11.

Petitioner **COLAR** was covered by a policy of motor vehicle liability insurance issued by Root Insurance Company that was in full force and effect at the time of the subject collision.

12.

The vehicle being driven by Defendant **POWELL** was owned by Defendant, **COAL CITY**, and was being driven by **POWELL** while in the course and scope of her employment with **COAL CITY** at the time of the subject collision; therefore, **POWELL** and **COAL CITY** are liable jointly and *in solido* for all injuries and damages sustained by Petitioner **COLAR** in connection with the above-described collision caused by the negligence and/or fault of **POWELL**, for whom **COAL CITY** is responsible through the doctrine of *respondeat superior* under La. CC Arts. 2317 and 2320.

Ascension
Bridget Hanna
Rayna Bajoie
Suit# C-137211 A
E-Filed on: 5/30/23 12:01 PM
Filed on: 5/30/23 01:16 PM
# of Pages:6

13.

At the time of the subject collision, Defendant **POWELL** was covered by a policy of motor vehicle liability insurance, including a policy issued by Defendant **XL INSURANCE** insuring against the negligence, fault and/or liability of Defendants, **POWELL** and/or **COAL CITY**, that was in full force and effect at the time of the subject collision and which insurance inures to the benefit of Petitioner **COLAR** under the Louisiana Direct Action Statute, La. R.S. 22:1269.

14.

Under the terms of the said policy, **XL INSURANCE** obligated itself to pay any and all damages caused to others as a result of the negligence, fault and/or liability of Defendants, **POWELL** and/or **COAL CITY**, in the operation of the 2015 Peterbilt tractor; and, that vehicle being driven by **POWELL** was covered by said policy at the time of the subject collision.

15.

**XL INSURANCE** is, therefore, liable *in solido* with Defendants, **POWELL** and/or **COAL CITY**, unto Petitioner **COLAR** for all of his injuries and damages arising from the subject collision as well as all claims and causes of action cited herein.

16.

Pursuant to La. C.C.P. art. 1423, *et seq.*, Petitioner **COLAR** are entitled to a certified copy of any insurance policy issued to and/or otherwise insuring Defendants, **POWELL** and/or **COAL CITY**, including the policy issued by Defendant **XL INSURANCE**, for the claims made by Petitioner herein. Petitioner herein requests a certified copy of any and all such policies of insurance be provided to Petitioner within thirty (30) days of service of the Petition upon Defendants.

17.

Petitioner **COLAR** demand damages from Defendants as are reasonable and appropriate in the premises for the injuries and losses sustained by Petitioner.

### JURY DEMAND

18.

Petitioner **COLAR** alleges that the monetary amount of the causes of action brought herein, exclusive of interest and costs, exceeds ten thousand dollars and that Petitioner is entitled to request a trial by jury under La. CCP Art. 1732.

Ascension
Bridget Hanna
Rayna Bajoie
Suit# C-137211 A
E-Filed on: 5/30/23 12:01 PM
Filed on: 5/30/23 01:16 PM
# of Pages:6

19.

Petitioner **COLAR** hereby demands that all issues be tried by jury.

**WHEREFORE,** Petitioner herein, **MICHAEL ANTHONY COLAR, JR.,** prays as follows:

A.  That Defendants, **JAMES ALLEN POWELL JR., COAL CITY COB COMPANY, INC., and XL INSURANCE AMERICA, INC.,** be served with a copy of this Petition and Citation;

B.  For Judgment herein in favor of Petitioner, **MICHAEL ANTHONY COLAR, JR.,** and against the Defendants, **JAMES ALLEN POWELL JR., COAL CITY COB COMPANY, INC., and XL INSURANCE AMERICA, INC.,** jointly, severally, and *in solido,* for compensatory damages in an amount to be determined by this Honorable Court that will fully and adequately satisfy the demands of justice and equity, together with legal interest thereon from date of judicial demand, until paid;

C.  For all costs of these proceedings, including witness fees, expert witness fees, costs of the clerk and sheriff, costs of taking depositions, and all other costs allowed by this Honorable Court to be cast against Defendants, **JAMES ALLEN POWELL JR., COAL CITY COB COMPANY, INC., and XL INSURANCE AMERICA, INC.,** jointly, severally, and *in solido*; and

D.  For all other relief, both general and equitable, which is necessary and proper in the premises.

Respectfully submitted,

Stephen M. Alexander (LSBA #29066)
**ALEXANDER LAW GROUP, LLC**
8550 United Plaza Boulevard, Suite 702
Baton Rouge, LA 70809
P.O. Box 41860
Baton Rouge, LA 70835
225-922-4488 (Office)
888-670-7025 (Fax)
225-229-4512 (Mobile)
E-mail: stephen@alexander.com

Ascension
Bridget Hanna
Rayna Bajoie
Suit# C-137211 A
E-Filed on: 5/30/23 12:01 PM
Filed on: 5/30/23 01:16 PM
# of Pages:6

**AND**

_Charles S. Lambert_

Charles S. Lambert, Jr. (LSBA# 21685)
LAW OFFICES OF CHARLES S. LAMBERT, JR., LLC
10537 Kentshire Court, Suite A
Baton Rouge, Louisiana 70810
Phone: (225) 367-1073
Fax: (225) 304-5732
Mobile: (225) 405-0660
E-mail: Lambert.Chip@Outlook.com

**ATTORNEYS FOR PETITIONER, MICHAEL ANTHONY COLAR, JR.**

# SERVICE INSTRUCTIONS

**PLEASE SERVE THE CITATION AND PETITION FOR DAMAGES, WITH PETITIONER'S DISCOVERY CONTEMPORANEOUSLY FILED, ON THE FOLLOWING DEFENDANTS:**

1. **XL INSURANCE AMERICA, INC.,**
   through its agent for service of process:
   Honorable R. Kyle Ardoin
   Louisiana Secretary of State
   8585 Archives Ave.
   Baton Rouge, LA 70809
   **East Baton Rouge Parish**

**THE CITATION AND SERVICE OF THE PETITION FOR DAMAGES WILL BE SERVED ON THE FOLLOWING DEFENDANT(S), WITH THE DISCOVERY CONTEMPORANEOUSLY FILED, IN ACCORDANCE WITH THE LOUISIANA LONG ARM STATUTE, LA. R.S. 13:3201, _ET SEQ._, AS SET FORTH BELOW:**

2. **JAMES ALLEN POWELL JR.**
   547 Clearlake Drive
   Waxahachie, TX 75165
   **Ellis County**

3. **COAL CITY COB COMPANY, INC.,**
   through its registered agent:
   Alan Goldstein
   2480 E. Stellon Street
   Coal City, IL 60416
   **Grundy County**

**Ascension**
**Bridget Hanna**
**Rayna Bajoie**
**Suit# C-137211 A**
E-Filed on: 5/30/23 12:01 PM
Filed on: 5/30/23 01:16 PM
# of Pages:1

| | | |
|---|---|---|
| MICHAEL ANTHONY COLAR, JR. | NUMBER | DIVISION |
| VERSUS | 23RD JUDICIAL DISTRICT COURT | |
| JAMES ALLEN POWELL, JR., | ASCENSION PARISH | |
| COAL CITY COB COMPANY, INC., and | | |
| XL INSURANCE AMERICA, INC. | STATE OF LOUISIANA | |

## REQUEST FOR TEN DAYS NOTICE

NOW INTO COURT, through undersigned counsel, comes Plaintiff herein, **MICHAEL ANTHONY COLAR, JR.**, who respectfully request that Plaintiff be given at least ten (10) days written notice in advance of any setting in the above captioned matter, whether same be for trial, hearing, *etc.*, in accordance with the provisions of Louisiana Code of Civil Procedure Article 1572.

Plaintiff further request notice of any judgment in accordance with the provisions of Louisiana Code of Civil Procedure Articles 1913 and 1914.

Respectfully submitted,

Stephen M. Alexander (LSBA #29066)
**ALEXANDER LAW GROUP, LLC**
8550 United Plaza Boulevard, Suite 702
Baton Rouge, LA 70809
P.O. Box 41860
Baton Rouge, LA 70835
225-922-4488 (Office)
888-670-7025 (Fax)
225-229-4512 (Mobile)
E-mail: stephen@alexander.com

**AND**

Charles S. Lambert, Jr. (LSBA# 21685)
**LAW OFFICES OF CHARLES S. LAMBERT, JR., LLC**
10537 Kentshire Court, Suite A
Baton Rouge, Louisiana 70810
Phone: (225) 367-1073
Fax: (225) 304-5732
Mobile: (225) 405-0660
E-mail: Lambert.Chip@Outlook.com

**ATTORNEYS FOR PLAINTIFF, MICHAEL ANTHONY COLAR, JR.**



# CITATION FOR PETITION

| | |
|---|---|
| **MICHAEL ANTHONY COLAR JR** | **23RD JUDICIAL DISTRICT COURT** |
| **VS** | **DOCKET NUMBER: C-137211 A** |
| **JAMES ALLEN POWELL JR** | **PARISH OF ASCENSION STATE OF LOUISIANA** |

---

**XL INSURANCE AMERICA INC**                                    Parish of EAST BATON ROUGE
**THRU AGENT, HOBORABLE R KYLE ARDOIN, LOUISIANA SECRETARY OF STATE**
**8585 ARCHIVES AVENUE**
**BATON ROUGE, LA 70809**

You are named as a defendant in the above captioned matter. Attached to this citation is a certified copy of: PETITION FOR DAMAGES
AMENDED PETITION DAMAGES
REQ ADM, RED PROD, INTERR

You must either comply with the demand contained in the petition or make an appearance either by filing an answer or other pleading in the 23RD JUDICIAL DISTRICT COURT located at 607 E. WORTHEY STREET, GONZALES, LA 70737 within the delay provided in Article 1001 of the Louisiana Code of Civil Procedure under penalty of default.

**Article 1001 of the Louisiana Code of Civil Procedure states:**

A. A defendant shall file his answer within **twenty-one (21) days** after service of Citation upon him, except as otherwise provided by law.

If the plaintiff files and serves a Discovery Request with his Petition, the defendant shall file his answer to the petition within **thirty (30) days** after service of the amended petition.

B. When an Exception is filed prior to Answer and is overruled or referred to the merits, or is sustained and an Amendment of the Petition ordered, the Answer shall be filed within **fifteen (15) days** after the exception is overruled or referred to the merits, or **fifteen (15) days** after service of the Amended Petition.

C. The Court may grant additional time for answering.

**Article 1151 of the Louisiana Code of Civil Procedure provides in pertinent part:**

A defendant shall plead in response to an Amended Petition within the time remaining for pleading to the Original Pleading or with **ten (10) days** after service of the Amended Petition, whichever period is longer, unless the time is extended under Article 1001.

## THE CLERK OF COURT'S STAFF CANNOT PROVIDE LEGAL ADVICE.

This Citation was issued by the Clerk for the Court for the 23rd Judicial District Court on the 4TH DAY OF DECEMBER, 2023.

*Brenda Simmean*

ASCENSION DEPUTY CLERK FOR
BRIDGET HANNA, CLERK OF COURT

REQUESTED BY: ALEXANDER, STEPHEN M

RECEIVED ON THE _____ DAY OF _____, 20_____ AND ON THE _____ DAY OF _____, 20___ SERVED THE ABOVE NAMED PARTY AS FOLLOWS:

PERSONAL SERVICE ON THE PARTY HEREIN NAMED _____

DOMICILIARY SERVICE ON THE PARTY HEREIN NAMED BY LEAVING THE SAME AT HIS DOMICILE IN THE PARISH IN THE HANDS OF _____. A PERSON APPARENTLY OVER THE AGE OF SEVENTEEN YEARS, LIVING AND RESIDED IN SAID DOMICILE AND WHOSE NAME AND OTHER FACTS CONNECTED WITH THIS SERVICE, I LEARNED BY INTERROGATING THE SAID PERSON, SAID PARTY HEREIN BEING ABSENT FROM HIS RESIDENCE AT THE TIME OF SAID SERVICE.

RETURNED: PARISH OF _____ THIS _____ DAY OF _____, 20___

SERVICE $_____        BY:_____
MILEAGE $_____                  DEPUTY SHERIFF
TOTAL $_____

ORIGINAL  RETURN          COPY – SERVICE        COPY - CLERK

**RETURN**

RECEIVED

DEC 19 2023

E.B.R. SHERIFF'S OFFICE

Ascension     C-137211
Filed Nov 21, 2023 10:03 AM     A
JILL LAMBERT
Deputy Clerk of Court
E-File Received Nov 20, 2023 10:52 AM

| | |
|---|---|
| **MICHAEL ANTHONY COLAR, JR.** | **NUMBER 137,211**    **DIVISION A** |
| **VERSUS** | **23RD JUDICIAL DISTRICT COURT** |
| **JAMES ALLEN POWELL, JR.,** <br> **COAL CITY COB COMPANY, INC., and** | **ASCENSION PARISH** |
| **XL INSURANCE AMERICA, INC.** | **STATE OF LOUISIANA** |

## AMENDED PETITION FOR DAMAGES AND JURY DEMAND

NOW INTO COURT, Petitioner, **MICHAEL ANTHONY COLAR, JR.**, who, through undersigned counsel, amends the Petition For Damages and Jury Demand previously filed in this matter, as follows:

**I.**     **Paragraph 2 is amended, as follows:**

2.

Defendants herein are:

**A.**     **JAMES ALLEN POWELL, JR.** ("**POWELL**"), a person of the full age of majority who is a resident of Texas and is domiciled in Ellis County at 547 Clearlake Drive, Waxahachie, TX 75165;

**B.**     **COAL CITY COB COMPANY** ("**COAL CITY**"), an Illinois company doing business in the State of Louisiana, which may be served through its registered agent in Cook County: C T Corporation System, 208 S LaSalle Street, Suite 814, Chicago, IL 60604;

**C.**     **XL INSURANCE AMERICA, INC.** ("**XL INSURANCE**"), is a Delaware insurance company authorized to and doing business in Louisiana, which may be served through its agent of service in East Baton Rouge Parish: Honorable R. Kyle Ardoin, Louisiana Secretary of State, 8585 Archives Ave., Baton Rouge, LA 70809; **XL INSURANCE** is being sued as a liability insurer of Defendants, **POWELL** and **COAL CITY**; and

**D.**     **ATLANTIC SPECIALTY INSURANCE COMPANY** ("**ATLANTIC SPECIALTY**"), is a New York insurance company authorized to and doing business in Louisiana, which may be served through its agent of service in East Baton Rouge Parish: Honorable R. Kyle Ardoin, Louisiana Secretary of State, 8585 Archives Ave., Baton Rouge, LA 70809; **XL INSURANCE** is being sued as a liability insurer of Defendants, **POWELL** and **COAL CITY**.

**II.**     **Paragraphs 15A - 15D are added and provide as follows:**

15A.

At all pertinent times and at the time of the subject collision, there was in full force and effect a contract of bobtail/non-trucking insurance issued by Intact Insurance and underwritten by Defendant **ATLANTIC SPECIALTY** (believed to bear Policy Number 7940001020006) that covered the operation of the 2015 Peterbilt tractor owned by Defendant **COAL CITY** driven by Defendant **POWELL**.

15B.

At the time of the subject collision, the policy issued by Defendant **ATLANTIC SPECIALTY** covered the negligence, fault and/or liability of the operation of the 2015 Peterbilt tractor owned by Defendant **COAL CITY** driven by Defendant **POWELL** while he was engaged in bobtail and/or non-trucking activities, that was in full force and effect at the time of the subject collision and which insurance inures to the benefit of Petitioner **COLAR** under the Louisiana Direct Action Statute, La. R.S. 22:1269.

15C.

Under the terms of the said policy, Defendant **ATLANTIC SPECIALTY** obligated itself to pay any and all damages caused to others as a result of the negligence, fault and/or liability of Defendants, **POWELL** and/or **COAL CITY**, in the operation of the 2015 Peterbilt tractor while **POWELL** was engaged in bobtail and/or non-trucking activities; and, that vehicle being driven by **POWELL** at the time of the subject collision was covered by the policy issued by **ATLANTIC SPECIALTY**.

15D.

Defendant **ATLANTIC SPECIALTY** is, therefore, liable *in solido* with Defendants, **POWELL** and/or **COAL CITY**, unto Petitioner **COLAR** for all of his injuries and damages arising from the subject collision as well as all claims and causes of action cited herein.

**III.     The Prayer For Relief of Petitioner, MICHAEL ANTHONY COLAR, JR., is amended as follows:**

**WHEREFORE**, Petitioner herein, **MICHAEL ANTHONY COLAR, JR.**, pray as follows:

a.     That Defendants, **JAMES ALLEN POWELL JR., COAL CITY COB COMPANY, XL INSURANCE AMERICA, INC.,** and **ATLANTIC SPECIALTY INSURANCE COMPANY**, be served with a copy of this Petition, Amended Petition, and Citation;

b.     For Judgment herein in favor of Petitioner, **MICHAEL ANTHONY COLAR, JR.**, and against Defendants, **JAMES ALLEN POWELL JR., COAL CITY COB COMPANY, XL INSURANCE AMERICA, INC.,** and **ATLANTIC SPECIALTY INSURANCE COMPANY**, jointly, severally, and *in solido,* for compensatory damages in an amount to be determined by this Honorable Court that will fully and adequately satisfy the demands

of justice and equity, together with legal interest thereon from date of judicial demand until paid;

c.    For all costs of these proceedings, including witness fees, expert witness fees, costs of the clerk and sheriff, costs of taking depositions, and all other costs allowed by this Honorable Court to be cast against Defendants, **JAMES ALLEN POWELL JR., COAL CITY COB COMPANY, XL INSURANCE AMERICA, INC.,** and **ATLANTIC SPECIALTY INSURANCE COMPANY**, jointly, severally, and *in solido*; and

d.    For all other relief, both general and equitable, which is necessary and proper in the premises.

Respectfully submitted,

_____
Stephen M. Alexander (LSBA #29066)
**ALEXANDER LAW GROUP, LLC**
8550 United Plaza Boulevard, Suite 702
Baton Rouge, LA 70809
P.O. Box 41860
Baton Rouge, LA 70835
225-922-4488 (Office)
888-670-7025 (Fax)
225-229-4512 (Mobile)
E-mail: stephen@alexander.com

**AND**

_____
Charles S. Lambert, Jr. (LSBA #21685)
**LAW OFFICES OF CHARLES S. LAMBERT, JR., LLC**
10537 Kentshire Court, Suite A
Baton Rouge, Louisiana 70810
Phone: (225) 367-1073
Fax: (225) 304-5732
Mobile: (225) 405-0660
E-mail: Lambert.Chip@Outlook.com

**ATTORNEYS FOR PETITIONER, MICHAEL ANTHONY COLAR, JR.**

# SERVICE INSTRUCTIONS

**PLEASE SERVE THE CITATION WITH THE PETITION AND AMENDED PETITION FOR DAMAGES, <u>WITH</u> PETITIONER'S DISCOVERY CONTEMPORANEOUSLY FILED WITH THE PETITION, ON THE FOLLOWING DEFENDANTS:**

    1.    **XL INSURANCE AMERICA, INC.,**
             through its agent for service of process:
                  Honorable R. Kyle Ardoin
                  Louisiana Secretary of State
                  8585 Archives Ave.
                  Baton Rouge, LA 70809
                  **East Baton Rouge Parish**

    2.    **ATLANTIC SPECIALTY INSURANCE COMPANY,**
             through its agent for service of process:
                  Honorable R. Kyle Ardoin
                  Louisiana Secretary of State
                  8585 Archives Ave.
                  Baton Rouge, LA 70809
                  **East Baton Rouge Parish**

**THE CITATION WITH THE PETITION AND AMENDED PETITION FOR DAMAGES WILL BE SERVED ON THE FOLLOWING DEFENDANT(S), <u>WITH</u> THE DISCOVERY CONTEMPORANEOUSLY FILED WITH THE PETITION, IN ACCORDANCE WITH THE <u>LOUISIANA LONG ARM STATUTE</u>, LA. R.S. 13:3201, *ET SEQ.*, AS SET FORTH BELOW:**

    3.    **JAMES ALLEN POWELL JR.**
             547 Clearlake Drive
             Waxahachie, TX 75165
             **Ellis County**

    4.    **COAL CITY COB COMPANY,**
             through its registered agent:
                  C T Corporation System
                  208 S LaSalle Street, Suite 814
                  Chicago, IL 60604
                  **Cook County**

# CITATION
(LONG ARM LSA R.S. 13:3201 et seq.)

MICHAEL ANTHONY COLAR JR

VERSUS                    **PLEASE RETURN TO**
                         **CLERK OF COURT**

JAMES ALLEN POWELL JR et al

23RD JUDICIAL DISTRICT COURT

PARISH OF ASCENSION

STATE OF LOUISIANA

DOCKET NUMBER: 00137211A

TO:   **COAL CITY COB COMPANY, INC THROUGH ITS**
      REGISTERED AGENT: ALAN GOLDSTEIN
      2480 E STELLON STREET
      COAL CITY, IL.  60416

**YOU HAVE BEEN SUED.**

Attached to this citation is a certified copy of the petition*.  The petition tells you what you are being sued for.

You must EITHER do what the petition asks in accordance with LAS R.S. 13:3201 et seq. OR you must file an answer or other legal pleading within thirty (30) days in the office of the Clerk of this Court at the Courthouse Building in Donaldsonville or Gonzales, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading, a judgment may be entered against you without further notice.

This service was ordered by Attorney LAMBERT, CHARLES S and was issued by the Clerk of Court on the 30TH day of MAY, 2023.

_____
Deputy Clerk of Court for
Bridget Hanna, Clerk of Court

*Also attached are the following documents:

      **INTERROGATORIES (30 Days to Answer)**
      **REQUEST FOR:    *ADMISSION OF FACTS      *PRODUCTION OF DOCUMENTS**

*********************************************************************
LEGAL ASSISTANCE IS ADVISABLE AND YOU SHOULD CONTACT A LAWYER IMMEDIATELY.
COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE.
*********************************************************************