## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MICHAEL ANTHONY COLAR, JR.** | * | **CIVIL ACTION NO: 3:24-cv-00038** |
| | * | |
| **VERSUS** | * | **JUDGE: BRIAN A. JACKSON** |
| | * | |
| **ATLANTIC SPECIALTY INSURANCE COMPANY, ET AL.** | * | **MAGISTRATE JUDGE: RICHARD L. BOURGEOIS, JR.** |
| | * | |

## JOINT MOTION FOR PARTIAL DISMISSAL

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, **MICHAEL ANTHONY COLAR, JR**, and Defendants, **COAL CITY COB COMPANY, INC. and XL INSURANCE AMERICA, INC**., who, move jointly for a voluntary dismissal of any and all claims asserted by Plaintiff against Defendants, **COAL CITY COB COMPANY, INC. and XL INSURANCE AMERICA, INC**., only, without prejudice, with each party to bear their own costs, and, specifically reserving to Plaintiff all rights to prosecute claims and/or actions against any parties, solidary obligors, and/or persons and/or entities named or not named.

Respectfully Submitted by:

**TAYLOR, WELLONS, POLITZ & DUHE, LLC**

S/Doran L. Drummond
D. Scott Rainwater (Bar Roll No. 30683)
Doran L. Drummond (Bar Roll No. 35758)
4041 Essen Lane, Suite 500
Baton Rouge, LA 70809
Telephone: (225) 387-9888
Fax: (225) 387-9886
Email: srainwater@twpdlaw.com
ddrummond@twpdlaw.com
*Counsel for Defendants*

*-and-*

1

          S/Charles S. Lambert, Jr.
          Stephen M. Alexander (LSBA #29066)
          Alexander Law Group, LLC
          8550 United Plaza Boulevard, Suite 702
          Baton Rouge, LA 70809
          P.O. Box 41860
          Baton Rouge, LA 70835
          225-922-4488 (Office)
          888-670-7025 (Fax)
          225-229-4512 (Mobile)
          E-mail: stephen@alexander.com

          AND

          Charles S. Lambert, Jr. (LSBA #21685)
          Law Offices of Charles S. Lambert, Jr., LLC
          10537 Kentshire Court, Suite A
          Baton Rouge, LA 70810
          225-367-1073 (Office)
          225-304-5732 (Fax)
          225-405-0660 (Mobile)
          E-mail: lambert.chip@outlook.com
          ***Counsels for Plaintiff***

## **CERTIFICATE OF SERVICE**

  I hereby certify that the above and foregoing *Joint Motion for Partial Dismissal* has been electronically filed with the Clerk of Court of the United States District Court for the Middle District of Louisiana by using the CM/ECF System. I further certify that I mailed the forgoing document and notice of electronic filing by first-class mail to all counsel of record who are not participants in the CM/ECF system on this 20th day of August, 2024

          */ s/Doran L. Drummond*
           Doran L. Drummond

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MICHAEL ANTHONY COLAR, JR.** | * | **CIVIL ACTION NO: 3:24-cv-00038** |
| | * | |
| **VERSUS** | * | **JUDGE: BRIAN A. JACKSON** |
| | * | |
| **ATLANTIC SPECIALTY INSURANCE COMPANY, ET AL.** | *<br>* | **MAGISTRATE JUDGE: RICHARD L. BOURGEOIS, JR.** |
| | * | |

## ORDER

CONSIDERING THE FOREGOING JOINT MOTION, IT IS HEREBY ORDERED that any and all claims asserted by Plaintiff, **MICHAEL ANTHONY COLAR, JR.**, against Defendants, **COAL CITY COB COMPANY, INC. and XL INSURANCE AMERICA, INC**., only, be, and the same are hereby dismissed, without prejudice, with each party to bear their own costs, and, specifically reserving to Plaintiff all rights to prosecute claims and/or actions against any parties, solidary obligors, and/or persons and/or entities named or not named.

THUS DONE AND SIGNED this _____ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE

1