## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **MICHAEL ANTHONY COLAR, JR.** | **CIVIL ACTION NO. 3:24-cv-00038** |
| v. | **JUDGE: BRIAN A. JACKSON** |
| **ATLANTIC SPECIALTY INSURANCE COMPANY, ET AL.** | **MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR.** |

### DEFENDANTS JAMES ALLEN POWELL, JR.'S and SEQUOIA POWELL GLOBAL TRANSPORT COMPANY, LLC'S OPPOSITION TO ASIC'S AND XL'S MOTIONS FOR SUMMARY JUDGMENT

NOW INTO COURT, through undersigned counsel, come Defendants, James Allen Powell, Jr. ("Powell") and Sequoia Powell Global Transport Company, LLC ("Sequoia"), who respectfully submit their opposition to XL Insurance America, Inc.'s and Coal City Cob Company, Inc.'s Motion for Summary Judgment (Rec. Doc. 36) and Atlantic Specialty Insurance Company's Motion for Summary Judgment (Rec. Doc. 37).

At the time of the subject accident, Powell operated a 2015 Peterbilt tractor owned by his company, Sequoia. Powell and the 2015 Peterbilt truck he was operating at the time of the accident were under lease to Coal City COB Company, Inc. There is no question of fact that XL Insurance America, Inc., issued a policy of insurance covering Powell and his use of the 2015 Peterbilt truck. Further, there is no question of fact that Atlantic Specialty Insurance Company issued a policy of insurance covering Powell and his use of the 2015 Peterbilt truck. There can be no gap in insurance coverage to Powell and his use of the 2015 Peterbilt truck; accordingly, one of these policies of insurance covers Powell and the use of the 2015 Peterbilt truck at the time of the subject accident.

Therefore, James Allen Powell, Jr. and Sequoia Powell Global Transport Company, LLC submit that both motions for summary judgment filed by XL Insurance America, Inc. and Coal City Cob Company, Inc. (Rec. Doc. 36) and Atlantic Specialty Insurance Company (Rec. Doc. 37) should be denied.

                      Respectfully submitted,

                      */s/ Kari M. Rosamond*
                      Paul D. Hale (#30539)
                      Joseph A. Devall (#29149)
                      Kari M. Rosamond (#34065)
                      HALE DEVALL LLC
                      400 Poydras Street, Suite 2107
                      New Orleans, LA 70130
                      Telephone: (504) 576-0700
                      phale@haledevall.com
                      jdevall@haledevall.com
                      krosamond@haledevall.com

                      ***Counsel for James Allen Powell, Jr. and Sequoia Powell Global Transport Company, LLC***