UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **MICHAEL ANTHONY COLAR, JR.** *PLAINTIFF* | **CIVIL ACTION** |
| **VERSUS** | **NO.: 24-38-BAJ-RLB** |
| **ATLANTIC SPECIALTY INSURANCE COMPANY, ET AL.** *DEFENDANTS* | **JURY TRIAL** |

**PLAINTIFF'S LIST OF EXHIBITS
TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

1. Plaintiff's Exhibit 1, Bill of Lading dated June 14-16, 2022

2. Plaintiff's Exhibit 2, Bill of Lading dated June 18, 2022

Respectfully submitted,

Stephen M. Alexander (LSBA #29066)
**ALEXANDER LAW GROUP, LLC**
8550 United Plaza Boulevard, Suite 702
Baton Rouge, LA 70809
P.O. Box 41860
Baton Rouge, LA 70835
225-922-4488 (Office)
888-670-7025 (Fax)
225-229-4512 (Mobile)
E-mail: stephen@alexander.com

**AND**

*/s/ Charles S. Lambert, Jr.*
Charles S. Lambert, Jr. (LSBA# 21685)
**LAW OFFICES OF CHARLES S. LAMBERT, JR., LLC**
10537 Kentshire Court, Suite A
Baton Rouge, Louisiana 70810
Phone: (225) 769-1414
Fax: (225) 769-2300
Mobile : (225) 405-0660
E-mail: Lambert.Chip@Outlook.com

**ATTORNEYS FOR PLAINTIFF, MICHAEL ANTHONY COLAR, JR.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been electronically filed on **May 21, 2025**, with the Clerk of Court using the CM/ECF system. Notice of this filing will be forwarded to all counsel of record via the Court's Electronic Filing System, email, facsimile, and/or by U.S. Mail.

*/s/ Charles S. Lambert, Jr.*
Charles S. Lambert, Jr.