B12317A

www.collegestreetprinting.com

## LOADING CERTIFICATION

By signing below, Shipper's representative agrees that:
1. The equipment presented for loading is appropriate for the material to be loaded.
2. The equipment meets the shipper's standard of cleanliness.
3. The amount of product to be loaded will not exceed the capacity of the carrier's equipment.
4. The driver is authorized to begin the loading process.

Signed: X _[signature]_
Print Name: Piril Edwards

## Coal City Cob Co., Inc.
4300 I-35 E North
Waxahachie, Texas 75165
800-872-5412
972-923-7500
Fax: 972-923-7599
www.coalcitycob.com

**Coal City Cob Emergency Response Contact number is:**
**800-872-5412**

## UNLOADING CERTIFICATION

By signing below, Consignee's representative agrees that:
1. The product to be delivered has been identified as correct on the shipper's Bill of Lading.
2. The unloading hose is connected to the proper storage vessel connection.
3. The storage vessel has sufficient room to hold all the product to be delivered.
4. The driver is authorized to begin the unloading process.

Signed: X _[signature]_
Print Name: S. Shuman

### ORIGIN INFORMATION

Shipper: Ong Polymers
Origin City, State: Garland TX
Requested Load Date: 06/13/22
Requested Load Time:

### DESTINATION INFORMATION

Consignee: Stegas
Destination City, State: Decatur GA
Requested Delivery Date: 6-16-22
Requested Delivery Time: 8:00

Dispatch #: 0438808    Manifest / BOL Number: _____    Purchase Order #: _____
Driver Name: James A Powell Jr    Tractor #: 1898    Trailer #: 70137

Special Instructions:

## PRODUCT INFORMATION

| | WEIGHT | COMMODITY DESCRIPTION |
|---|---|---|
| | | Comp 1: |
| Gross | | Comp 2: |
| TARE | | Comp 3: |
| NET | | Comp 4: |

C C B M

### LOADING INFORMATION

| | Date | Time |
|---|---|---|
| Arrived to Load | 06/14/22 | 10:00 |
| Start to Load | | |
| Finished Loading | | 4:39 |
| TOTAL Loading Hours | | |

**LOADING DELAY EXPLANATION:**

### UNLOADING INFORMATION

| | Date | Time |
|---|---|---|
| Arrived to Unload | 6/16/22 | 8:00 |
| Start to Unload | | |
| Finished Unloading | | 10:00 |
| TOTAL Unloading Hours | | |

**UNLOADING DELAY EXPLANATION:** Went Good

By signing below, shipper's representative agrees the above times are correct, and shipment is properly secured, except as noted.
Signed: X _[signature]_
Print Name: Deelta
Driver Verifies by Signature: _[signature]_

By signing below, receiver's representative agrees the above times are correct, and all product is unloaded, except as noted.
Signed: X _[signature]_
Print Name: S. Shuman
Driver Verifies by Signature:

## OFFICE USE ONLY

| Pump | Weight | Scale Ticket | Intran Heat | Hose | Extra PU/DL | Vac | Tolls $ | Demurrage | Spotting | Layover | Rental |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Loading: | | $ | | | | | | | | | |
| Delivery: | | $ | | | | | | | | | |

White - COMPANY COPY    Yellow - SHIPPER COPY    Pink - CONSIGNEE COPY    Goldenrod - DRIVER