# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

Michael Anthony Colar, Jr.
Plaintiff

v.

3:24-cv-00038-BAJ-RLB
Civil Action No.

Atlantic Specialty Insurance Company, et al
Defendant

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Local Civil Rule 7.1,
Michael Anthony Colar, Jr.

provides the following information:

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

*Please separate names with a comma and do not add address information. Only text visible within box will print.*

1. Plaintiff, Michael Anthony Colar, Jr.

2. Defendant, Atlantic Specialty Insurance Company

3. Defendant, Coal City COB Company, Inc.

4. Defendant, XL Insurance America, Inc.

5. Defendant, Sequoia Powell Global Transport, LLC

6. Defendant, James Allen Powell, Jr.

Charles S. Lambert, Jr. LSBA# 21685
Attorney Name and Bar Number

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Notices => Certificate of Interested Persons.